**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**                    **17-cv-402 (JGK)**

        **- against -**                         **ORDER**

**LAQUAN WILLIAMS,**

                **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter form the defendant, Laquan Williams, who seeks compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government should respond to the application by October 9, 2020. The defendant may reply by October 23, 2020. A copy of this Order will be mailed to the defendant.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 21, 2020**

                                    **John G. Koeltl**
                              **United States District Judge**

RECEIVED
SEP 17 2020
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

To: Judge koeltl
From: Caquan Williams 79176-054
Date: September 9. 2020


Good Morning or Afternoon Judge Koeltl.
With all due Respect Sir, I am writing
you today On behalf of 18 U.S.C. 3582,
Cares Act. I previously wrote Fc.I
Allenwood Medium Warden, Howard, C.
because I wanted her to grant the
Compassionate Release For Me. Diabetes Run
in my Family which Could be Detrimental
to My Health especially due to the Covid-19.
Also I've been In the Special Housing Unit
Since February 13. 2020 and I believe I
Could be diagnosed with post-Traumatic
Stress Disorder. Its been Very Overwhelming,
I've had to Meet with PsyCology due
to My Depression, all I'm asking Sir
is to take into Consideration this Matter.
I am an Rdap Completer and due to False
allegations here at Allenwood Medium i'm enduring
Discipline to which I have no fault to. I
have proof to this Matter as well