

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

— against —

LAQUAN WILLIAMS,

        Defendant.

17-cr-402 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter form the defendant, Laquan Williams, who seeks compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government should respond to the application by October 9, 2020. The defendant may reply by October 23, 2020. A copy of this Order will be mailed to the defendant.

SO ORDERED.

Dated:   New York, New York
         September 21, 2020

                                    John G. Koeltl
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-22-20



RECEIVED SEP 17 2020 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

To: Judge Koeltl
From: Laquan Williams 79176-054
Date: September 9, 2020

Good Morning or Afternoon Judge Koeltl. With all due Respect Sir, I am writing you today On behalf of 18 U.S.C. 3582, Cares Act. I previously wrote F.C.I Allenwood Medium Warden, Howard, C. because I wanted her to Grant the Compassionate Release For Me. Diabetes Run in my Family which Could be Detrimental to My Health especially due to the Covid-19. Also I've been In the Special Housing Unit Since february 13, 2020 and I believe I Could be diagnosed with post-traumatic Stress Disorder. Its been Very Overwhelming, I've had to meet with PsyCology due to my Depression. All I'm asking Sir is to take into Consideration this Matter. I am an Rdap Completer and due to false allegations here at Allenwood Medium i'm enduring Discipline to which I have no fault to. I have proof to this Matter as well