UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

LAQUAN WILLIAMS,

Defendant.

17-cr-402 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-6-20

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant who seeks appointment of counsel in connection with his application for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has already called for a response from the Government on the defendant's application by October 9, 2020.

The Court cannot determine, at this point, based upon the papers provided, whether the application has sufficient merit to warrant the appointment of counsel. The Court of Appeals for the Second Circuit has articulated factors that should guide the Court's discretion to appoint counsel to represent an indigent civil litigant. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); Jackson v. Moscicki, No. 99-cv-2427, 2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000). For the Court to order the appointment of counsel, the petitioner must, as a threshold matter, demonstrate that his claim has substance or a likelihood of success on the merits. See Hodge, 802 F.2d at 60-61. Only after this threshold showing has been met can the Court consider

the other factors appropriate to determination of whether counsel should be appointed: "plaintiff's ability to obtain representation independently, and his ability to handle the case without assistance in the light of the required factual investigation, the complexity of the legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).

The application is therefore denied without prejudice at this time. A copy of this Order will be mailed to the defendant.

SO ORDERED.

Dated:   New York, New York
         October 5, 2020

                                     _____
                                           John G. Koeltl
                                     United States District Judge

Copy mailed to pro se party(ies)
at docket address

United States District Court Southern District of New York

Laquan Williams                                  Criminal division
     -against-
United States of America


RECEIVED OCT 02 2020 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

Case No: 17-CV-402

Motion Pursuant to 18 USC 3582
Compassionate Release & Appointed Counsel

The Defendant, Now Comes before honorable Court seeking Relief for a sentencing reduction and early release & Appointed of counsel.

The Defendant is confined to the custody of the attorney general and is currently serving a term of imprisonment of 64 months and subsequently is without adequet income & financial support in light of the National Pandemic known as the Covid-19. More specific the defendant ask the Court to appoint counsel as representation, To fully perserve the Defendants Rights that he may be entitled to at law equity and to properly present this notion for Compassionate Release.

Laquan Williams 79176-054
Allenwood F.C.I P.O. Box 2000 white deer, PA 17887

Certificate of Service

The defendant declares under the penalty of perjury that this was sent by first class Postage Mail

Clerk of Courts
To: United States District Court, Southern District of New York,

Honorable Judge Koeltl
United States Court house, 500 Pearl Street New York, N.Y 10007