```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA,                17-cr-402 (JGK)

    - against -                          ORDER

LAQUAN WILLIAMS,

            Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant in further support of his motion for compassionate release. The defendant is reminded that the date for him to respond to the Government's opposition to his motion for compassionate release is **October 23, 2020.**

    The defendant is also reminded that the Government takes the position that the defendant has failed to exhaust his administrative remedies by applying to the Warden of his institution for compassionate release and it would be in the defendant's interest to make that application in order to exhaust his administrative remedies.

    A copy of this Order will be mailed to the defendant.

SO ORDERED.

Dated:    New York, New York
           October 8, 2020

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                             United States District Judge

Laquan Williams 79176-054  Oct 2020

Dear Honorable Judge Koeltl

I am writing to you in regards to my compassionate Release motion. In hopes that some progress is being made on my behalf. Right now this Jail is currently on lock down due to the spreading of the coronavirus right now the phones and computers are shut down as well. I am stressed and worried about the spreading of the coronvirus through the Jails i can not socail distance in prison. They have tried but the virus is still spreading. I am in fear as well as family and friends i do not want to catch this virus, my safety and health is at risk as well as my life. I wanna make it home to hug my love ones. Your honor you sentence me to 64 months not death and right now i have 40 months in but in total i have 60 months in. I pray that you can do everything in your power to help me make it home to my family. I am here praying for the safety of my health and my life. I would like to thank you for your help in this matter your honor. And i hope to hear something back from you soon.

Sincerly
Laquan Williams

INFORMATION FOR THE INMATE POPULATION
(Effective: Friday, October 1, 2020)

SUBJECT: Modified Operations (COVID-19)

Over the past week, FCI Allenwood has experienced several positive cases of COVID-19. As a precaution, the facility has been locked down to prevent the further spread of this virus. Currently, within the Bureau, there are 1,813 inmates who have confirmed positive tests, 13,192 inmates having recovered, and 124 who have passed away as a result. In the United States, over 7.3 million people have tested positive, and over 200,000 have died from the virus.

Now, more than ever, it is imperative we continue to wear face masks, maintain high levels of sanitation, social distancing, and hand washing to mitigate the spread of this virus. Posters that outline information on preventing the spread of respiratory diseases like COVID-19 and proper wearing of face mask are displayed in each housing unit and throughout the institution.

After consultation with our Health Services Department, the Regional Health Services Administrator, and our Central Office staff, it has become necessary to continue the lockdown of the facility in order to mitigate the spread of this virus, while also keeping staff and inmates safe.

My staff and I will continue to make rounds throughout the units to address individual concerns. You will continue to receive one hot meal daily and regular showers throughout the week. Commissary shopping will resume on Monday, October 5, 2020 with a $50 weekly spending limit. The shopping and laundry schedule for the week will be as follows:

Unit 1 on Monday
Unit 2 on Tuesday
Unit 3 on Wednesday
Unit 4 on Thursday

We will update you with new information as it becomes available.

C. Howard, Warden

Date 10/1/2020