```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---

```
UNITED STATES OF AMERICA,

           - against -

LAQUAN WILLIAMS,

                    Movant.
```

17-cr-402 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Government should response to the defendant's application for a reduction of sentence by May 26, 2021. The defendant may reply by June 11, 2021.

.

SO ORDERED.

Dated:   New York, New York
         May 11, 2021

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-2021